# Exhibit D to Answer



Cynthia L. Bernstiel, Esquire
Direct:  610-635-9510
cyndi@mcbelaw.com

June 30, 2021

*Via Email*
Richard A. Fogel, Esquire
Law Offices of Richard A. Fogel, P.C.
389 Cedar Avenue
Islip, New York 11751-4627

|       |            |                                          |
|-------|------------|------------------------------------------|
| RE:   | **Insured:**   | Ramesh Sawhney and Nina Bhardwaj     |
|       | **Policy No**.: | 001447338001                         |
|       | **Claim No.:** | 047519006886                          |
|       | **DOL:**       | 2/25/19                               |
|       | **Company:**   | Chubb Insurance Company of New Jersey |

Dear Mr. Fogel:

I am writing in follow up to our ongoing conversations and correspondences regarding this matter, including our most recent telephone conference on June 26, 2021.

Per your request, I have enclosed herein for your reference the following:  (1) a detailed inventory, with photographs, of all items currently located at Asset IQ; and (2) a chart with additional details regarding what you previously characterized as a list of "missing art."  I am available to discuss with you any questions you have about either of these documents.

As we discussed on June 26, 2021, there are numerous additional items currently located at Aiston in Long Island, City.  You have requested a detailed inventory of all such items, with photographs.  Accordingly, as we also discussed, Chubb Insurance Company of New Jersey proposes that we immediately schedule a time to complete such a detailed inventory with photographs to occur at the Aiston facility.  Diane Forstell of Asset IQ will be conducting the inventory on behalf of Chubb Insurance.  Of course, your client is invited to have a representative present as well.

325 Sentry Parkway,
Building 5 West,  Suite 200
Blue Bell, PA  19422
610-910-8489
eFax 610-910-8489

103 Carnegie Center, Suite 300
Princeton, NJ  08540
609-200-0570
eFax 888-468-0129

5 Penn Plaza, 19th Floor
New York, NY  10001
718-500-4109
eFax 718-500-4109

Richard A. Fogel, Esquire
June 30, 2021
Page 2

       Finally, we discussed that after the inventory of the items at Aiston is completed, Chubb Insurance would like to return all items from both Aiston and Asset IQ to your client's custody.  Accordingly, I will need you to please advise where your clients would like these items delivered so that we can coordinate that delivery on the back end after the inventory is complete.

       I will be sending you follow-up correspondence this week to address some of the other issues you have flagged and questions you have raised, but I wanted to get you the enclosed information and start the ball rolling immediately on coordinating the Aiston inventory.

                  Very truly yours,

                  **MCCLELLAN BERNSTIEL, LLP**

                  Cynthia L. Bernstiel, Esquire

CLB/lag
Enclosures