RICHARD A. FOGEL, ESQ. (16601987)
LAW OFFICES OF RICHARD A. FOGEL, P.C.
389 Cedar Avenue
Islip, N.Y. 11751-4627
(516) 721-7161
(631) 650-5254 (Fax)
rfogel@rfogellaw.com
Counsel for Plaintiff

-----------------------------------------------------------------X

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, | Civil Action No. 2:21-cv-14675-KSH-LDW |
| -against- | CERTIFICATION OF SERVICE |
| CHUBB INSURANCE COMPANY OF NEW JERSEY, | |
| Defendant. | |

-----------------------------------------------------------------X

Richard A. Fogel, an attorney duly admitted to practice before the courts of the State of New Jersey, certifies under penalty of perjury:

1. I am over 18 years of age, not a party to this action and reside in Suffolk County, New York.

2. On the 23rd day of February, 2022, I served a true copy of Plaintiffs' Rule 26 Early Disclosure by email to defendant's counsel Cynthia Bernstiel at *cyndi@mcbelaw.com*.

3. I certify that the forgoing statements made by me are true and I am aware that if any of the foregoing is willfully false I am subject to punishment.

Dated: Islip, New York
       February 23, 2022

*Richard A. Fogel*
_____
Richard A. Fogel, Esq. (16601987)
Law Offices of Richard A. Fogel, P.C.
389 Cedar Avenue
Islip, New York 11751-4627
(516) 721-7161

Counsel for Plaintiffs