

George McClellan, Esquire
Direct: 609-200-0570
george@mcbelegal.com

October 31, 2022

**VIA ECF FILING**
Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Sawhney v. Chubb Insurance Company of New Jersey*
United States District Court for the District of New Jersey
Docket No. 2:21-cv-14675-KSH-LDW

Dear Judge Wettre:

This firm represents Chubb Insurance Company of New Jersey ("Chubb Insurance") in the above-captioned matter. Together with counsel for Plaintiffs, Richard Fogel, Esquire, I am writing to jointly request an extension of time from October 31, 2022 until November 3, 2022 to advise the Court of the parties' mediator selection following Judge Cavanagh's advice that he has a conflict that will preclude him from mediating this case. Mr. Fogel just returned from an extended European vacation during which he unfortunately contracted COVID. The parties have already met and conferred once after Mr. Fogel's return, and have also started exchanging names of potential mediators.

Thank you for considering this request.

Respectfully,

**MCCLELLAN BERNSTIEL, LLP**

/s/ George McClellan, Esquire
GEORGE McCLELLAN, ESQUIRE

GWM/lag
cc: Richard Fogel, Esquire (via ECF)

325 Sentry Parkway,
Building 5 West, Suite 200
Blue Bell, PA 19422
610-910-8489
eFax 610-910-8489

103 Carnegie Center, Suite 300
Princeton, NJ 08540
609-200-0570
eFax 888-468-0129

5 Penn Plaza, 19th Floor
New York, NY 10001
718-500-4109
eFax 718-500-4109