

George McClellan, Esquire<br>
Direct: 609-200-0570<br>
george@mcbelegal.com

November 1, 2022

**VIA ECF FILING**
Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *Sawhney v. Chubb Insurance Company of New Jersey*
    **United States District Court for the District of New Jersey**
    **Docket No. 2:21-cv-14675-KSH-LDW**

Dear Judge Wettre:

  This firm represents Chubb Insurance Company of New Jersey ("Chubb Insurance") in the above-captioned matter. Richard Fogel, Esquire represents Plaintiffs Ramesh Sawhney and Nina Bhardwaj ("Plaintiffs"). Counsel for the parties write to jointly advise the Court that they have selected Lisa D. Taylor, Esquire, of Inglesino, Webster, Wyciskala & Taylor, LLC, as the mediator in this matter.

            Respectfully,

            **MCCLELLAN BERNSTIEL, LLP**

            /s/  George McClellan, Esquire
            GEORGE McCLELLAN, ESQUIRE

GWM/lag
cc: Richard Fogel, Esquire (via ECF)

325 Sentry Parkway,
Building 5 West,  Suite 200
Blue Bell, PA  19422
610-910-8489
eFax 610-910-8489

103 Carnegie Center, Suite 300
Princeton, NJ  08540
609-200-0570
eFax 888-468-0129

5 Penn Plaza, 19th Floor
New York, NY  10001
718-500-4109
eFax 718-500-4109