**INGLESINO, WEBSTER, WYCISKALA & TAYLOR, LLC**
Lisa D. Taylor, Esq.
600 Parsippany Road, Suite 204
Parsippany, New Jersey 07054
(973) 947-7111

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB INSURANCE COMPANY OF NEW JERSEY,<br><br>Defendants. | Docket Number: 2:21-cv-14675<br><br>**CONSENT ORDER** |

**THIS MATTER**, having been referred for mediation before Lisa D. Taylor, Esq., ("Mediator") by Mediation Referral Order dated November 2, 2022, and Plaintiffs Ramesh Sawhney and Nina Bhardwaj, by and through counsel ("Plaintiffs") and Defendant Chubb Insurance Company of New Jersey, by and through counsel ("Defendant") (each a "Party" and collectively, the "Parties") having appeared before the Mediator for a mediation session on January 19, 2023, and it being acknowledged that it is necessary to clarify and confirm the identity of the pieces of art for which damage or destruction is in dispute and establish a process for doing so such that productive mediation can continue, the undersigned counsel having agreed to the following, and for other good cause having been shown:

**IT IS** on this __30th__ day of January 2023, **ORDERED** that:

1. By **February 1, 2023**, the Parties shall each provide to the Mediator a list or spreadsheet of the pieces of art for they believe a claim for reimbursement by Plaintiffs to Defendant has been made. Each list or spreadsheet shall include a description of each piece of art and any inventory numbering system used by a Party or a Party's expert(s) or consultants. In addition, Plaintiffs agree to include on their list or spreadsheet the location of each piece of art at the time of the loss and Defendant agrees to include on its list or spreadsheet the location where the property is presently located. The list may also include additional information a Party believes will be helpful in identifying a piece of art or the dispute with respect to that piece of art.

2. By **March 1, 2023**, the Mediator shall provide a proposed combined spreadsheet to counsel prepared utilizing the lists/spreadsheets provided by the Parties. The Mediator shall include on the combined spreadsheet a unique designation for each piece of art, which designation shall thereafter be used for convenience to identify each piece of art in this proceeding.

3. By **March 17, 2023**, the Parties shall each review the combined spreadsheet prepared by the Mediator and provide any additional comments to each other and the Mediator with respect to any specific piece of art, such as but not limited to, whether they believe any piece of art is damaged, destroyed or lost and/or the value as of the date of loss in order that the Parties and the Mediator know what is in dispute and what is not in dispute. To the extent possible, this additional information shall be

incorporated into the combined spreadsheet by the Mediator and a final combined spreadsheet shall be provided by the Mediator to the Parties.

4. By **March 31, 2023**, the Parties may provide supplemental mediation statements to the Mediator.

5. The Parties and their respective counsel shall participate in another mediation session with the Mediator on **April 18, 2023**, commencing at 2:00 p.m. ET via Zoom. Party representatives shall participate in good faith and be prepared with settlement authority.**

| Agreed and consented to by: | Agreed and consented to by: |
|---|---|
| Law Offices of Richard A. Fogel, P.C. | McClellan Bernstiel, LLP |
| *Richard A. Fogel* | *George M. McClellan* |
| **Richard A. Fogel, Esq.** | **George W. McClellan, Esq.** |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| Date: January 24, 2023 | Date: |

** The parties are directed to submit a joint letter no later than **February 13, 2023** proposing a schedule for all remaining fact and expert discovery, including dates certain that have been noticed for depositions to be taken after the mediation if it is unsuccessful.

*Leda Dunn Wettre*
Honorable Leda Dunn Wettre, U.S.M.J.