UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHUBB INSURANCE COMPANY OF NEW JERSEY,<br><br>　　　　　Defendant. | Civil Action No.<br><br>21-14675 (KSH) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 30, 2023 telephone conference before the undersigned, and the Court having considered the parties' scheduling proposal for remaining discovery (ECF No. 59), and for good cause shown,

**IT IS, on this 17th day of February 2023, ORDERED** that the Pretrial Scheduling Order entered April 4, 2022 (ECF No. 24), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **June 30, 2023**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. Pursuant to the parties' agreement, fact depositions shall proceed as follows:

    a. Deposition of Ramesh Sawhney shall be completed on or before **May 2, 2023**.

    b. Deposition of Nina Bhardwaj shall be completed on or before **May 9, 2023**.

    c. Deposition of William McCudden shall be completed on or before **May 16, 2023**.

    d. Deposition of Diane Forstell shall be completed on or before **May 23, 2023**.

    e. Deposition of Gary McGowan shall be completed on or before **May 31, 2023**.

    f. Deposition of Aiston shall be completed on or before **June 13, 2023**.

    g.  Deposition of Andrea Pitsch shall be completed on or before **June 20, 2023**.

3. All affirmative expert reports shall be delivered by **August 1, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **September 1, 2023**. Any such report shall comport with the form and content requirements referenced above.

5. The parties shall appear for a telephonic status conference before the undersigned on **April 26, 2023 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                  *s/ Leda Dunn Wettre*
                                  Hon. Leda Dunn Wettre
                                  United States Magistrate Judge