# LAW OFFICES OF RICHARD A. FOGEL, P.C.

*AV RATED/BEST'S RECOMMENDED INSURANCE ATTORNEY*

RICHARD A. FOGEL, ESQ.
389 CEDAR AVENUE
ISLIP, N.Y. 11751-4627
(516) 721-7161
(631) 650-5254 (FAX)
RFOGEL@RFOGELLAW.COM

Insurance Coverage, Toxic Torts, Environmental,
Product Liability & Commercial Litigation
New York & New Jersey
www.rfogellaw.com

\*\* Application granted.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:**  9/28/2023

September 27, 2023

<u>**VIA DNJ ECF**</u>
Hon. Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

        Re:    *Sawhney v. Chubb Insurance Company of New Jersey*
              Docket No. 2:21-cv-14675-KSH-LDW

Your Honor:

    This firm represents the plaintiffs in the above referenced insurance coverage litigation. I write to <u>request that the Court permit a reasonable briefing schedule of thirty days to oppose (Oct. 23) and 2 weeks to reply (Nov. 6) to Chubb's 190-page motion for partial summary judgment</u>\*\* filed Friday September 22, 2023 at 4:24 P.M., before Yom Kippur on Monday September 25. Currently my opposition is due on October 2. Your Honor told me to let you know if I need more time when we discussed a motion to compel appraisal, and I do need more than four business days to respond to this motion and I think that 30-14 is reasonable given that the scope of this motion is far broader than what I anticipated. I asked Mr. McClellan to stipulate to the proposed briefing schedule and at this time he has not agreed. I am available for a conference at any time today or tomorrow at the court's convenience.

    Thank you for your time and consideration.

                                            Respectfully submitted,

                                           *Richard A. Fogel*

                                           Richard A. Fogel

cc: Cynthia Bernstiel, Esq., George McClellan by ECF