# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ,<br><br>           Plaintiffs,<br><br>v.<br><br>CHUBB INSURANCE COMPANY OF NEW JERSEY,<br><br>           Defendant. | Civil Action No.<br><br>21-14675 (KSH) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 6, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 6th day of March 2024, ORDERED** that the Pretrial Scheduling Order entered April 4, 2022 (ECF No. 24), as subsequently amended, is hereby further amended as follows:

1. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **April 30, 2024**.

2. The parties shall appear for a telephonic status conference before the undersigned on **May 13, 2024 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                                                           *s/ Leda Dunn Wettre*
                                                                           Hon. Leda Dunn Wettre
                                                                           United States Magistrate Judge