

George McClellan
609.468.0127
george@mcbelegal.com

2 May 2024

Via ECF

The Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse 50
Walnut Street Room 4015
Newark, New Jersey 07101

Re:   **Ramesh Sawhney, et al. v. Chubb Insurance Company of New Jersey**
      **Docket Number: 2:21-cv-14675**

Dear Judge Wettre:

This firm represents Defendant Chubb Insurance Company of New Jersey ("Chubb") in the above captioned lawsuit. The parties respectfully submit this joint status update. Since the last time that the parties appeared before the Court, the parties have completed all expert depositions. Discovery is now complete. Plaintiffs Ramesh Sawhney, M.D. and Nina Bhardwaj, M.D. request that briefing and the trial calendar be addressed at the next conference. The parties thank the Court for its time and consideration.

                                    Respectfully submitted,

                                    **McClellan Bernstiel LLP**

                                    */s/ George McClellan*

                                    **George McClellan**

c:   Richard A. Fogel, Esq. (via ECF)