## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:  NEWARK**                                          **DATE:** June 24, 2024
**JUDGE**  KATHARINE S. HAYDEN
**COURT REPORTER:** LISA LARSEN

**TITLE OF CASE:**

                                                            **DOCKET  # 21-cv-14675**

RAMESH SAWHNEY, et al

            vs.

CHUBB INSURANCE COMPANY OF NEW JERSEY


**APPEARANCES:**
Richard Fogel, Esq., Attorney for plaintiff.
George McClennan Esq., Attorney for defendant


**Nature of Proceedings**: Oral argument on Defendant's [ D.E. 80] Motion for Partial
 Summary Judgment.
 Hearing held.
 Ordered counsel to purchase the transcript of the hearing.
 Decision rendered on the record.
 Motion [D.E. 80] DENIED.
 Parties are directed to meet with Judge Wettre for trial preparation.
 Order to be entered.

**Time Commenced:  11:15 a.m.**
**Court recess: 1:00-1:45 p.m.**
**Time Adjourned:    3:00 p.m.**


                                        Christine Melillo, Courtroom Deputy
                                    to the Honorable Katharine S. Hayden, U.S.D.J.