

George McClellan
609.468.0127
george@mcbelegal.com

July 30, 2024
VIA ECF

The Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

**Re:   Ramesh Sawhney, et al. v. Chubb Insurance Company of New Jersey
<u>Docket Number: 2:21-cv-14675</u>**

Dear Judge Wettre:

This firm represents Defendant Chubb Insurance Company of New Jersey ("Defendant") in the above captioned lawsuit. Plaintiffs Ramesh Sawhney and Nina Bhardwaj ("Plaintiffs") have consented to permit Defendant to communicate *ex parte* with Your Honor to discuss settlement of this lawsuit. In addition, Defendant has consented to permit Plaintiffs to communicate *ex parte* with Your Honor about settlement of this lawsuit. Defendant would like to know if the Court has any availability in its schedule to speak with defense counsel about settlement.

Respectfully submitted,

**McClellan Bernstiel LLP**

*[signature: George McClellan]*

**George McClellan**

c:   Richard A. Fogel, Esq. (via ECF)