

George McClellan
609.468.0127
george@mcbelegal.com

August 29, 2024
VIA ECF

| SO ORDERED. |
| --- |
| s/ *Leda Dunn Wettre, U.S.M.J.* |
| **Dated:**   8/29/2024 |

The Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

**Re:   Ramesh Sawhney, et al. v. Chubb Insurance Company of New Jersey
         Docket Number: 2:21-cv-14675**

Dear Judge Wettre:

This firm represents Defendant Chubb Insurance Company of New Jersey ("Defendant") in the above captioned lawsuit. Defendant respectfully requests that the due date for the final pretrial order be extended from September 9, 2024 to September 24, 2024, which is seven (7) days after the in-person settlement conference scheduled for September 17, 2024. Plaintiffs Ramesh Sawhney and Nina Bhardwaj ("Plaintiffs") have consented to this request.

Respectfully submitted,

McClellan Bernstiel LLP

*George McClellan*

**George McClellan**

c:   Richard A. Fogel, Esq. (via ECF)