# LAW OFFICES OF RICHARD A. FOGEL, P.C.

*AV RATED/BEST'S RECOMMENDED INSURANCE ATTORNEY*

RICHARD A. FOGEL, ESQ.
389 CEDAR AVENUE
ISLIP, N.Y. 11751-4627
(516) 721-7161
(631) 650-5254 (FAX)
*RFOGEL@RFOGELLAW.COM*

Insurance Coverage, Toxic Torts, Environmental,
Product Liability & Commercial Litigation
New York & New Jersey
www.rfogellaw.com

September 6, 2024

**_VIA DNJ ECF_**
Hon. Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

      Re:   *Sawhney v. Chubb Insurance Company of New Jersey*
             Docket No. 2:21-cv-14675-KSH-LDW

Your Honor:

      This firm represents the plaintiffs in the above referenced insurance coverage litigation. We respectfully request leave from the court to file a settlement statement that is fifteen pages instead of the ten pages limited by court order. I spoke with counsel for defendant and counsel has no objection to this request.

      Thank you for your time and consideration.

                                  Respectfully submitted,

                                  *Richard A. Fogel*

                                  Richard A. Fogel

cc: Cynthia Bernstiel, Esq., George McClellan by ECF