# LAW OFFICES OF RICHARD A. FOGEL, P.C.

*AV RATED/BEST'S RECOMMENDED INSURANCE ATTORNEY*

RICHARD A. FOGEL, ESQ.
389 CEDAR AVENUE
ISLIP, N.Y. 11751-4627
(516) 721-7161
(631) 650-5254 (FAX)
RFOGEL@RFOGELLAW.COM

Insurance Coverage, Toxic Torts, Environmental,
Product Liability & Commercial Litigation
New York & New Jersey
www.rfogellaw.com

September 6, 2024

*VIA DNJ ECF*
Hon. Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ___9/9/2024___

Re:  *Sawhney v. Chubb Insurance Company of New Jersey*
Docket No. 2:21-cv-14675-KSH-LDW

Your Honor:

This firm represents the plaintiffs in the above referenced insurance coverage litigation. We respectfully request leave from the court to file a settlement statement that is fifteen pages instead of the ten pages limited by court order. I spoke with counsel for defendant and counsel has no objection to this request.

Thank you for your time and consideration.

Respectfully submitted,

*Richard A. Fogel*

Richard A. Fogel

cc: Cynthia Bernstiel, Esq., George McClellan by ECF