### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ, <br><br> Plaintiffs, <br><br> v. <br><br> CHUBB INSURANCE COMPANY OF NEW JERSEY, <br><br> Defendant. | Civil Action No. <br><br> 21-14675 (KSH) (LDW) <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of defendant Chubb Insurance Company of New Jersey's request for leave to file a motion for partial dispositive relief to dismiss plaintiffs' New Jersey Consumer Fraud Act and conversion claims (ECF 111); and for good cause shown;

**IT IS** on this day, September 19, 2024, **ORDERED** that:

1. The Honorable Katharine S. Hayden, U.S.D.J. will permit defendant to file the proposed dispositive motion, but the motion shall be filed separate and apart from the Final Pretrial Order and briefed in accordance with the schedule set herein.

2. Defendant shall file its dispositive motion on or before **September 27, 2024**. The moving brief shall not exceed fifteen pages in length.

3. Plaintiffs shall file their opposition to the dispositive motion on or before **October 8, 2024**. The opposition brief shall not exceed fifteen pages in length.

4. Defendant shall file its reply in further support of the dispositive motion on or before **October 11, 2024**. The reply brief shall not exceed five pages in length.

5.  The parties shall file the proposed Final Pretrial Order on or before **September 24, 2024**. The Final Pretrial Conference set for **October 1, 2024 at 10:00 a.m.** before the undersigned will proceed as scheduled in Newark-Courtroom 3C.

>     *s/ Leda Dunn Wettre*
> Hon. Leda Dunn Wettre
> United States Magistrate Judge