RICHARD A. FOGEL, ESQ. (16601987)
LAW OFFICES OF RICHARD A. FOGEL, P.C.
389 Cedar Avenue
Islip, N.Y. 11751-4627
(516) 721-7161
(631) 650-5254 (Fax)
*rfogel@rfogellaw.com*
Counsel for Plaintiff

-----------------------------------------------------X

| | |
|---|---|
| RAMESH SAWHNEY and NINA BHARDWAJ, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, | Civil Action No. 2:21-cv-14675-KSH-LDW |
| -against- | |
| CHUBB INSURANCE COMPANY OF NEW JERSEY, | ORDER |
| Defendant. | |

-----------------------------------------------------X

Upon the application of the plaintiff dated November 11, 2024, and such oral argument as may be heard by the court,

IT IS on this ___12th___ day of __November__, 2024, ORDERED:

The action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

BY THE COURT:

s/Katharine S. Hayden